## Commonwealth *v.* Wirth, Appellant.

Before

CLARKE, J.

Argued November 12, 1974. *Stanley W. Greenfield,* with him *Greenfield & Minsky,* for appellant; *G. Young,* with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Conrad, Appellant, *v.* Conrad.

Before BROSKY, P. J.

Argued November 15, 1974. *Melvin Schwartz,* with him *Cooper, Schwartz, Diamond & Reich,* for appellant; *Clyde P. Bailey,* with him *Bailey & Bailey,* for appellee.

Order affirmed.